# Exhibit A

# ESSENCE MAGAZINE & ENHANCED Mailing List

Essence is the premiere lifestyle, fashion and beauty magazine for African-American women. With its motivating message, intimate girlfriend -to-girlfriend tone, compelling and engaging editorial lineup and vibrant and modern design, Essence is the definitive voice of today's African-American woman. Essence speaks directly to a Black woman's spirit, her heart and her unique concerns. Each issue contains sections such as Work & Wealth, Healthy Living, and Looks We Love that cover topics that focus on career and finance, health and lifestyle, and fashion and beauty and share an intimate connection with readers.

**Get Count**  **Get Pricing**  **Get More Information**

| SEGMENTS | | COUNTS THROUGH 09/30/2021 | | POPULARITY: | ■■■■■ 100 |
|---|---|---|---|---|---|
| 463,409 | TOTAL UNIVERSE / BASE RATE | | $115.00/M | MARKET: | CONSUMER |
| 463,409 | ACTIVE SUBSCRIBERS | | $115.00/M | CHANNELS: | |
| 13,259 | SEP'21 SUBSCRIBERS | | + $17.00/M | SOURCE: | DIRECT MAIL SOLD |
| 104,022 | 3 MOS SUBSCRIBERS | | + $12.00/M | PRIVACY: | UNKNOWN |
| 227,324 | 6 MOS SUBSCRIBERS | | + $8.00/M | DMA?: | YES - MEMBER |
| 185,606 | ACTIVE DTP SUBSCRIBERS | | + $14.00/M | STATUS: | STANDARD PROVIDER |
| 424,317 | ACTIVE DMS SUBSCRIBERS | | + $14.00/M | GEO: | USA |
| 277,797 | ACTIVE AGENT SOLD SUBS | | + $14.00/M | GENDER: | 81% FEMALE 14% MALE |
| 3,701 | 3 MOS COA SUBSCRIBERS | | + $26.00/M | | |
| 2,205 | 6 MOS GIFT GIVERS | | + $22.00/M | SPENDING: | $22.00 AVERAGE ORDER |
| 153,798 | 6 MOS EXPIRES | | $50.00/M | | |
| | FUNDRAISING RATE | | $75.00/M | SELECTS | |
| | CATALOG RATE | | $80.00/M | 1 MONTH HOTLINE | $17.00/M |

**DESCRIPTION**

Essence is the premiere lifestyle, fashion and beauty magazine for African-American women. With its motivating message, intimate girlfriend -to-girlfriend tone, compelling and engaging editorial lineup and vibrant and modern design, Essence is the definitive voice of today's African-American woman. Essence speaks directly to a Black woman's spirit, her heart and her unique concerns. Each issue contains sections such as Work & Wealth, Healthy Living, and Looks We Love that cover topics that focus on career and finance, health and lifestyle, and fashion and beauty and share an intimate connection with readers.

Essence subscribers are dynamic African-American women who are interested in information to help them move their lives forward personally, professionally, intellectually and spiritually.

Essence is enhanced with Infobase demographic and lifestyle data for even better segmentation.

*************** Fast Facts *****************
Average Age..............................53
Average Income....................$59,787
HH Income $50,000+.....................50%
HH Income $75,000+.....................26%
HH Income $100,000+....................13%
Married...............................35%
Children..............................40%
******************************************

| SELECTS | |
|---|---|
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| ADULT AGE | $16.00/M |
| CHILD PRESENCE | $16.00/M |
| CHILDS AGE | $16.00/M |
| COA | $14.00/M |
| CONTRIBUTERS/DONORS | $16.00/M |
| CREDIT CARD | $11.00/M |
| DIGITAL SUBS | $20.00/M |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $8.00/M |
| GIFT GIVERS | $14.00/M |
| HOME OWNER | $16.00/M |
| INCOME SELECT | $16.00/M |
| LIFESTYLE | $16.00/M |
| NET WORTH | $20.00/M |
| NEW TO FILE | $14.00/M |
| NON RECIPROCAL | $10.00/M |
| PAID | $11.00/M |
| RENEWALS | $14.00/M |
| SCF | $10.00/M |
| SOURCE | $14.00/M |
| STATE | $10.00/M |
| VETERAN | $16.00/M |
| ZIP | $10.00/M |
| ZIP PROCESSING FEE | $50.00/F |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| BUSINESS ADDRESS | $14.00/M |
| EMAIL | $50.00/F |
| FTP | $50.00/F |